**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Terrence Hunter, | ) |
|     Plaintiff, | ) Civil Action File No.: |
| | ) 1:16-cv-02318-ELR-JKL |
| v. | ) |
| SmartPay Leasing, Inc., | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT AS TO SMARTPAY LEASING, INC.

Plaintiff, Terrence Hunter, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, SmartPay Leasing, Inc., ("SmartPay"). Plaintiff and SmartPay anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to SmartPay. Accordingly, Plaintiff respectfully submits that this obviates the need for SmartPay to file an Answer or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 25th day of July, 2016.

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

2

                **BERRY & ASSOCIATES**

                */s/ Matthew T. Berry*
                Matthew T. Berry
                Georgia Bar No.: 055663
                matt@mattberry.com
                2751 Buford Highway, Suite 600
                Atlanta, GA 30324
                Ph. (404) 235-3305
                Fax (404) 235-3333

                *Plaintiff's Attorney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

             **BERRY & ASSOCIATES**

             */s/ Matthew T. Berry*
             Matthew T. Berry
             Georgia Bar No.: 055663

             *One of the Plaintiff's Attorneys*