# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Terrence Hunter, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:16-cv-02318-ELR-JKL |
| v. ) | |
| ) | |
| SmartPay Leasing, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Terrence Hunter, through his undersigned counsel, hereby dismisses this action against Defendant SmartPay Leasing, Inc., with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this the 27th day of July, 2016.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3000
Fax (404) 235-3333
**Plaintiff's Attorney**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.  I also served a copy of the foregoing document on ABC via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

David Owens
SmartPay Leasing, Inc.
550 Kearny Street
Suite 320
San Francisco, CA  94108
(415) 260-8737
dave.owens@smartpaylease.com
**Attorney for Defendant SmartPay Leasing, Inc.**

BERRY & ASSOCIATES

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
**Plaintiff's Attorney**